# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, etc. )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>AMERIFUND FINANCIAL, etc., et al. )<br>. )<br>)<br>)<br>Defendants. )<br>_____ ) | Case No.   SA CV 11-840-DOC(RNBx)<br><br>ORDER DISMISSING CIVIL ACTION |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if settlement is not consummated.

DATED: April 27, 2012

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge